U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 19 2014

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BROADCAST MUSIC, INC., et al §
§
Plaintiffs, §
v. § 3:13-CV-00606-P
§
OLIVIA'S CORPORATION d/b/a §
THE ALAMO TEX-MEX and §
PATRICIA ORDONEZ, individually, §
§
Defendant. §

# FINAL JUDGMENT

Pursuant to the Court's Order of June 19, 2014, the Court issues judgment as follows:

1) Broadcast Music, Inc. is awarded statutory damages in the amount of $15,000 against Olivia's Corporation and Patricia Ordonez.

2) Attorney's fees in the amount of $10,894.00; and

3) Costs of Court.

**IT IS SO ORDERED.**

Signed this 19th day of June 2014.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE